**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FLY ALL WAYS, N.V.,

      Plaintiff,

v.                                        Case No.: 6:23-cv-877-WWB-RMN

AVOCET AVIATION SERVICES, LLC,

      Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on the parties' Joint Stipulation of Voluntary Dismissal of All Claims Without Prejudice (Doc. 42), filed March 5, 2025. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on March 6, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record